IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CROXFORD & SONS, INC.; CROXFORD FUNERAL HOME & CREMATORY, INC.; CROXFORD D & M, INC.; and DENNIS CROXFORD;<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY;<br><br>Defendant. | CV-19-78-GF-BMM<br><br>**ORDER GRANTING EXTENSION ON STATUS REPORT** |

Plaintiffs Croxford & Sons, Inc.; Croxford Funeral Home & Crematory, Inc.; Croxford D & M, Inc., and Dennis Croxford (collectively Croxford), by and through their counsel of record, Faure Holden Attorneys at Law, P.C., responded to the Court's Order to Show Cause (doc. 3) indicating that this matter has to be re-set for mediation and requesting up to and including October 30, 2020 to file a second Status Report with the Court.

1

After reviewing the Response and good cause appearing, IT IS HEREBY ORDERED that Plaintiffs shall have up to and including October 30, 2020 to file a Status Report with the Court regarding settlement or service of the Complaint.

DATED this 14th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court