IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CROXFORD & SONS, INC.; CROXFORD FUNERAL HOME & CREMATORY, INC.; CROXFORD D & M, INC.; and DENNIS CROXFORD;<br><br>  Plaintiffs,<br><br>v.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY;<br><br>  Defendant. | CV-19-78-GF-BMM<br><br>**ORDER** |

Plaintiffs Croxford & Sons, Inc.; Croxford Funeral Home & Crematory, Inc.; Croxford D & M, Inc., and Dennis Croxford (collectively "Croxford") submitted a Second Status Report to this Court on October 30, 2020. (Doc. 8). The Second Status Report indicates that this matter is set for a settlement conference in December 2020. (Doc. 8 at 2). Croxford requests that this Court require the parties to submit a Third Status Report following the settlement conference. (Doc. 8 at 2).

After reviewing the Second Status Report and good cause appearing, **IT IS HEREBY ORDERED** that Croxford shall have until December 30, 2020, to file a

2

Third Status Report with the Court regarding settlement or service of the Complaint.

DATED this 2nd day of November, 2020.

_____
Brian Morris, Chief District Judge
United States District Court